UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
Standing Chapter 13 Trustee

In Re:

Kyle R. & Kimberly E. Stephens

Case No.: _____15-24576_____

Chapter: _____13_____

Hearing Date: _____

Judge: __Michael B. Kaplan__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter: Docket #39 - Notice Depositing Unclaimed Funds for Kyle R. Stephens and Kimberly E. Stephens in the Amount $ 4248.88 Filed by Albert Russo.

Date: 9/27/2016

/s/ Albert Russo
Signature

*rev.8/1/15*